# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 22-40479-7 DLS | | **Trustee:** (360070) | DARCY D. WILLIAMSON |
| **Case Name:** | LODER, CHRISTOPHER LEE | | **Filed (f) or Converted (c):** | 08/16/22 (f) |
| | BARCLAY LODER, KELLY DENISE | | **§341(a) Meeting Date:** | 09/20/22 |
| **Period Ending:** | 09/30/22 | | **Claims Bar Date:** | 01/04/23 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3130 California Terrace, Pomona, KS 66076 | 322,860.00 | 0.00 | | 0.00 | FA |
| 2 | 2008 Chevrolet Sierra | 5,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Range Rover Evoque | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | furnishings and personal effects | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | personal clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings, other everyday jewlery | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Pit/Boxer mix - adopted | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Goppert State Service Bank Checking x4 | 0.00 | 433.52 | | 0.00 | 433.52 |
| 9 | 2022 tax refund (est $2,000): Federal & State | Unknown | Unknown | | 0.00 | Unknown |
| 10 | 2022 EIC (est $0): Federal Earned Income Credit | Unknown | 0.00 | | 0.00 | FA |
| 11 | table saw, mitre saw, drills, nail gun, other ha | 750.00 | Unknown | | 0.00 | FA |
| 12 | 2019 John Deere Tractor/Loader 1025R with attach | 9,400.00 | Unknown | | 0.00 | Unknown |
| 13 | 2019 Polaris Ranger XP 900 | 6,700.00 | Unknown | | 0.00 | Unknown |
| 14 | Enclosed job trailer | 650.00 | Unknown | | 0.00 | Unknown |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$366,460.00** | **$433.52** | | **$0.00** | **$433.52** |

**Major Activities Affecting Case Closing:**

Requested and received bank statements through the date of filing. Requested clarification of bank activity. Requested bank statements for the Paypal account. Requested and received registration for the for the 2008 Chevrolet Sierra and the 2012 Range Rover Evoque. Requested and received copies of Debtors' 2020 and 2021 state, federal and business tax returns. Requested copies of Debtors' 2022 state and federal tax returns when prepared and turnover of any refunds. Requested

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 22-40479-7 DLS | Trustee: | (360070) | DARCY D. WILLIAMSON |
|---|---|---|---|---|
| Case Name: | LODER, CHRISTOPHER LEE | Filed (f) or Converted (c): | 08/16/22 (f) | |
| | BARCLAY LODER, KELLY DENISE | §341(a) Meeting Date: | 09/20/22 | |
| Period Ending: | 09/30/22 | Claims Bar Date: | 01/04/23 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

clerk issue claims bar date. To puruse assets as appropriate.

**Initial Projected Date Of Final Report (TFR):** October 30, 2023    **Current Projected Date Of Final Report (TFR):** October 30, 2023